

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2022

No. 04-21-00495-CV

**IN THE INTEREST OF J.O.L. AND I.C.L., CHILDREN**

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 12-06-27527-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Patricia Salinas' Notification of Late Reporter's Record is hereby NOTED. The reporter's record is due on January 10, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2022.



_____
Michael A. Cruz,
Clerk of Court